1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11

KY'ASIA BAGSBY, an individual;

Case No. 1:19-cv-01564-NONE-JLT

12

Plaintiff,

**ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THE ACTION**
(Doc. 21)

13

vs.

14

15

UNITED FASHIONS OF TEXAS, LLC, a Texas limited liability company; and DOES 1 through 50, inclusive;

16

17

Defendants.

18

The parties have stipulated, under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1),

19

to dismiss the action with prejudice with both parties to bear their own fees and costs. (Doc. 9)

20

Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of

21

closing this case and then to close this action.

22

23

IT IS SO ORDERED.

24

Dated: __February 11, 2021__                    __/s/ Jennifer L. Thurston__

25

UNITED STATES MAGISTRATE JUDGE

26
27
28